■ KATHLEEN CORRADO, Individually and as Parent and Natural Guardian of LUCAS DELGATTO, an Infant, Respondent, v CHOUDARY DAVULURI, M.D., et al., Appellants. [995 NYS2d 527]—

Appeals from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered June 25, 2013. The order denied the motion of defendants for a directed verdict.

It is hereby ordered that said appeals are unanimously dismissed without costs.

Memorandum: Defendants appeal from an order denying their motion for a directed verdict at the close of plaintiff's case (*see* CPLR 4401). The jury was unable to reach a verdict after the close of evidence, and Supreme Court declared a mistrial. The appeals must be dismissed. The court's order denying the motion for a directed verdict embodies "determinations in the nature of rulings by the court during the trial and is not appealable" (*Covell v H. R. H. Constr. Corp.*, 24 AD2d 566, 567 [1965], *affd* 17 NY2d 709 [1966]; *see Kinker v 6409-20th Ave. Realty Corp.*, 28 AD2d 907, 908 [1967], *appeal dismissed* 20 NY2d 796 [1967]; *see also Kemp v Lynch*, 283 AD2d 934, 934 [2001]), either as of right or by permission (*see Radford v Sheridan Prods.*,

181 AD2d 667, 668 [1992]). Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.